UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br>v.<br><br>BLUE DIAMOND RANCH LANDSCAPE MAINTENANCE ASSOCIATION, et al.,<br><br>Defendants. | Case No. 2:16-cv-02838-JAD-PAL<br><br>**ORDER**<br><br>(Mot WD Atty – ECF No. 23) |

This matter is before the court on attorney Michael Beede's Motion to Withdraw as Counsel for defendant DMVH, LLC (ECF No. 23).

The motion represents that DMVH, LLC has failed to comply with their financial obligations and has placed unreasonable financial burden upon counsel because the client has refused to honor the retainer agreement. Counsel represents that he has attempted to resolve this issue on several occasions and warned that withdrawal would be necessary if the breach of the fee agreement continued. For these reasons counsel is requesting to withdraw.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. Attorney Michael Beede's Motion to Withdraw (ECF No. 23) is **GRANTED**.
2. A corporation cannot appear except through counsel. *Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993); *Reading Int'l, Inc. v. Malulani Grp., Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016). Defendant DMVH, LLC shall have until **February 11, 2019**, in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice.

3. Defendant DMVH, LLC's failure to timely comply with this order by obtaining substitute counsel may result in the imposition of sanctions, which may include a recommendation to the District Judge for default sanctions.

DATED this 10th day of January 2019.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE