# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Federal National Mortgage Association, | Case No.: 2:16-cv-02838-JAD-BNW |
| Plaintiff | |
| v. | **Order Dismissing Remaining Claims and Closing Case** |
| Blue Diamond Ranch Landscape Maintenance Association, et al., | |
| Defendants | |
| ALL RELATED CLAIMS AND PARTIES | |

On January 7, 2020, the court granted summary judgment and entered partial final judgment in favor of Fannie Mae. That decision left only the Blue Diamond Ranch Landscape Maintenance Association's (HOA's) crossclaims against Absolute Collection Services, which has not answered or otherwise responded to those claims. The court gave the HOA until January 20, 2020, to file a notice of dismissal of those claims or another appropriate motion to bring those claims towards a resolution. The HOA was warned that if it "fail[ed] to file such a notice or motion by January 20, 2020, the court w[ould] deem those claims abandoned as moot in light of th[e] summary-judgment order, dismiss them as moot, and close this case."[1] That deadline passed without any action by the HOA. Accordingly, with good cause appearing,

IT IS HEREBY ORDERED that **all remaining claims in this action are DISMISSED**

---

[1] ECF No. 50 at 13.

without prejudice as abandoned. The Clerk of Court is directed **to CLOSE THIS CASE.**

Dated: January 22, 2020

_____
U.S. District Judge Jennifer A. Dorsey